```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00141
   AGUSTIN VALENCIA
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7678

-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
    The case was filed on 01/04/2008 and was not confirmed.

    The case was dismissed without confirmation 02/27/2008.
-------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00          .00           .00
COUNTRYWIDE HOME LOANS    SECURED NOT I    48004.29          .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00          .00           .00
COUNTRYWIDE HOME LOANS    SECURED NOT I    11598.44          .00           .00
BANK OF NEW YORK          NOTICE ONLY     NOT FILED          .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00          .00           .00
COUNTRYWIDE HOME LOANS    SECURED NOT I     7216.49          .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED          403.00          .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00          .00           .00
GEORGIA POWER CO          SECURED NOT I    37157.26          .00           .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY     NOT FILED          .00           .00
PRO SE DEBTOR             DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         ---------------      ---------------
TOTALS                       .00                     .00



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00141 AGUSTIN VALENCIA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 00141 AGUSTIN VALENCIA